# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>VERENGO, INC.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 16-12098 (BLS) |
| WAYNE P. WEITZ, as Distribution Trustee of the Verengo, Inc. Distribution Trust,<br><br>Plaintiff,<br><br>v.<br><br>KEN BUTTON,<br><br>Defendant. | Adv. Proc. No. 17-50970 (BLS) |
| WAYNE P. WEITZ, as Distribution Trustee of the Verengo, Inc. Distribution Trust,<br><br>Plaintiff,<br><br>v.<br><br>RANDY BISHOP,<br><br>Defendant. | Adv. Proc. No. 17-50971 (BLS) |

## CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER APPROVING STIPULATION TO EXTEND SCHEDULING ORDER DEADLINE REGARDING INITIAL DISCLOSURES

Seth A. Niederman, an attorney with the law firm of Fox Rothschild LLP, counsel to Ken Button and Randy Bishop, hereby certifies the following:

---

[1] The Debtor and the last four digits of its federal tax identification number are as follows: Verengo, Inc. [6114]. The address of the Debtor's corporate headquarters is 1899 Western Way, Suite 340, Torrance, CA 90501.

1. On September 23, 2016, Verengo, Inc. ("**Debtor**") commenced a case by filing a voluntary petition for relief in this Court under chapter 11 of the Bankruptcy Code

2. On or about August 23, 2017, Wayne P. Weitz, as Distribution Trustee of the Trust ("**Trustee**" or "**Plaintiff**") filed the *Complaint* (the "**Complaint**"), commencing the above-captioned adversary proceedings against former directors and officers Ken Button ("**Button**") and Randy Bishop ("**Bishop**" and collectively with Button "**Defendants**").

3. On November 13, 2017 the Court entered a Scheduling Order which among other things, set the date of December 5, 2017 as the date that the parties shall serve their initial disclosures as required by FRBP 7026(a)(1) (the "**Deadline**").

4. The Trustee and Defendants have entered into a stipulation (the "**Stipulation**") agreeing to extend the Deadline to December 15, 2017. Attached hereto as **Exhibit A** is a proposed order (the "**Order**") approving the Stipulation. A copy of the Stipulation is attached to the Order as **Exhibit 1**.

5. The undersigned respectfully requests that the Court enter the Order approving the Stipulation at its earliest convenience.

Dated: December 1, 2017                      FOX ROTHSCHILD LLP

*/s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)
919 N. Market Street, Suite 300
Wilmington, DE  19801
Telephone:  (302) 622–4209
Facsimile:   (302) 656–8920

*Attorney for Defendants*
*Ken Button and Randy Bishop*

2