# Exhibit A

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| VERENGO, INC.,[1] | Case No. 16-12098 (BLS) |
| Reorganized Debtor. | |

| | |
|---|---|
| WAYNE P. WEITZ, as Distribution Trustee of the Verengo, Inc. Distribution Trust, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 17-50970 (BLS) |
| KEN BUTTON, | Realted to Docket No. _____ |
| Defendant. | |

| | |
|---|---|
| WAYNE P. WEITZ, as Distribution Trustee of the Verengo, Inc. Distribution Trust, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 17-50971 (BLS) |
| RANDY BISHOP, | Realted to Docket No. _____ |
| Defendant. | |

## ORDER APPROVING STIPULATION TO EXTEND SCHEDULING ORDER DEADLINE REGARDING INITIAL DISCLOSURES

Upon consideration of the Stipulation to Extend Scheduling Order Deadline Regarding Initial Disclosures (the "**Stipulation**") attached hereto as **Exhibit 1**; and having determined that good and adequate cause exists for approval of the Stipulation; and having determined that no further notice of the Stipulation must be given; it is hereby ORDERED that:

---

[1] The Debtor and the last four digits of its federal tax identification number are as follows: Verengo, Inc. [6114]. The address of the Debtor's corporate headquarters is 1899 Western Way, Suite 340, Torrance, CA 90501.

1.    The Stipulation is approved in its entirety; and

2.    This Court shall retain jurisdiction over any and all matters arising from or

related to the implementation or interpretation of this Order.


Dated: _____, 2017    _____

                                 HONORABLE BRENDAN L. SHANNON
                                 CHIEF UNITED STATES BANKRUPTCY JUDGE

2

# Exhibit 1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| VERENGO, INC.,[1] | Case No. 16-12098 (BLS) |
| Reorganized Debtor. | |

| | |
|---|---|
| WAYNE P. WEITZ, as Distribution Trustee of the Verengo, Inc. Distribution Trust, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 17-50970 (BLS) |
| KEN BUTTON, | |
| Defendant. | |

| | |
|---|---|
| WAYNE P. WEITZ, as Distribution Trustee of the Verengo, Inc. Distribution Trust, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 17-50971 (BLS) |
| RANDY BISHOP, | |
| Defendant. | |

## STIPULATION TO EXTEND SCHEDULING ORDER
## DEADLINE REGARDING INITIAL DISCLOSURES

The parties to the above-captioned adversary action (the "Adversary Action"), by and through the undersigned, hereby stipulate and agree that the parties shall have until December 15, 2017, to serve their initial disclosures as required by FRBP 7026(a)(1).

### *Remainder of page intentionally left blank.*

---

[1] The Debtor and the last four digits of its federal tax identification number are as follows: Verengo, Inc. [6114]. The address of the Debtor's corporate headquarters is 1899 Western Way, Suite 340, Torrance, CA 90501.

Dated:  December 1, 2017

**FOX ROTHSCHILD LLP**


By: */s/ Seth A. Niederman*
  Seth A. Niederman (DE #4588)
  919 N. Market Street, Suite 300
  Wilmington, DE  19899-2323
  Telephone:  (302) 654-7444
  Facsimile:  (302) 656-8920
  sniederman@foxrothschild.com

  Attorneys for the Defendants

Dated:   December 1, 2017

**BAYARD, P.A.**


By: */s/ Evan T. Miller*
  Scott D. Cousins (DE# 3079)
  Evan T. Miller (DE# 5364)
  600 N. King Street, Suite 400
  Wilmington, DE  19801
  Telephone: (302) 655-5000
  Facsimile: (302) 658-6395
  scousins@bayardlaw.com
  emiller@bayardlaw.com

  Attorneys for the Plaintiffs